FILED: January 14, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2392
(1:13-cv-00621-TDS-JLW)

_____

ARCH SPECIALTY INSURANCE COMPANY

      Plaintiff - Appellee

v.

TRAVIS HEDRICK

      Defendant - Appellant

and

TALLEY RESTAURANTS, INC., d/b/a Inferno

      Defendant

_____

O R D E R
_____

The court extends the briefing schedule as follows:

    Appendix due: 02/17/2015

    Opening brief due: 02/17/2015

    Response brief due: 03/20/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk