FILED: April 2, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2392

(1:13-cv-00621-TDS-JLW)

_____

ARCH SPECIALTY INSURANCE COMPANY

       Plaintiff - Appellee

v.

TRAVIS HEDRICK

       Defendant - Appellant

and

TALLEY RESTAURANTS, INC., d/b/a Inferno

       Defendant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

  Response brief due: 04/17/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk