# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

April 2, 2015

Stephanie W. Anderson
BURTON, SUE & ANDERSON, LLP
P. O. Box 20083
Greensboro, NC 27420-0000

Mr. Lovic Alton Brooks III
JANIK LLP
P. O. Box 136
Columbia, SC 29202-0136

Mr. Douglas Stephen Harris
1698 Natchez Trace
Greensboro, NC 27455-0000

Mr. Steven George Janik
JANIK, LLP
9200 South Hills Boulevard
Suite 300
Cleveland, OH 44147-3521

Crystal L. Maluchnik
JANIK, LLP
9200 South Hills Boulevard
Suite 300
Cleveland, OH 44147-3521

Mr. Richard Leonard Pinto
PINTO, COATES, KYRE & BROWN, PLLC
3203 Brassfield Road
P. O. Box 4848
Greensboro, NC 27404-0000

Mr. Gary Kent Sue
BURTON, SUE & ANDERSON, LLP

P. O. Box 20083
Greensboro, NC 27420-0000

No.   14-2392,        <u>Arch Specialty Insurance Co v. Travis Hedrick</u>
                      1:13-cv-00621-TDS-JLW

Dear Counsel:

The response requested in this court's notice dated 3/30/15 is no longer required.

                        Sincerely,

                        /s/ T. Fischer
                        Deputy Clerk